UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ana Delma Yenifer Anzures Rojas,                          Case No. 3:26-cv-19

                    Plaintiff,

          v.                                              ORDER

U.S. Citizenship and Immigration Services, et al.,

                    Defendants.

        Plaintiff filed a Complaint in this case on January 5, 2026.  (Doc. No. 1).  Federal Rule of

Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on
> motion or on its own after notice to the plaintiff--must dismiss the action without
> prejudice against that defendant or order that service be made within a specified
> time.  But if the plaintiff shows good cause for the failure, the court must extend the
> time for service for an appropriate period.

Ninety days have elapsed since the filing of the Complaint, and there is no indication on the docket

that Plaintiff has perfected service on any Defendant in this action.

        By April 30, 2026, Plaintiff shall either show service has been perfected on each Defendant

or show cause for the failure to do so.  If Plaintiff fails to do so with respect to any Defendant,

Plaintiff's claims against that Defendant will be dismissed without prejudice under Rule 4(m).

        So Ordered.

                                                    s/ Jeffrey J. Helmick
                                                    United States District Judge