**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| Ana Delma Yenifer Anzures Rojas,<br><br>Plaintiff,<br><br>v.<br><br>Joseph B. Edlow, Director,<br>U.S. Citizenship and Immigration Services;<br><br>Markwayne Mullin, Secretary,<br>U.S. Department of Homeland Security.<br><br>Todd Blanche, Attorney General of<br>the United States;<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-00019-JJH<br><br>Hon. Jeffrey J. Helmick |

---

NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff moves to voluntarily dismiss this lawsuit. Plaintiff, Ana Delma Yenifer Anzures Rojas has been issued a bonafide determination with Employment authorization. Plaintiff's Notice to Voluntary Dismiss is being filed herein prior to the service of either an answer or a motion for summary judgment by any of the defendants.

Respectfully submitted,

/s/Margaret Wong
Margaret Wong
Attorney for Petitioner
3150 Chester Ave.
Cleveland, Ohio 44114
(216) 566-9908
(216) 566-1125 (fax)

Dated: August 7, 2026

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge